UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

RE: Tona R. Crenshaw

Case #17-
Chapter 13

## CHAPTER 13 PLAN: FIVE-YEAR PLAN

DEBTOR TO START WITH BIWEEKLY PAYMENTS OF $90 BY WAGE ASSIGNMENT FOR 5 YEARS FOR THE BENEFIT OF HER CREDITORS.

CHAPTER 13 PAYMENTS TO INCREASE FROM $90 BIWEEKLY TO $167 BIWEEKLY COMMENCING IN NOVEMBER, 2021, WHEN DEBTOR'S 401(k) LOAN WILL BE PAID OFF.

FILING FEE OF $310 AND ATTORNEY'S FEES OF $3,000 TO BE PAID THROUGH THE PLAN.

US BANK AND TRUST SECURED WITH A LIEN ON DEBTOR'S HOMESTEAD, WHICH LIEN IS UNAFFECTED BY PLAN. DEBTOR TO RESUME MONTHLY MORTGAGE PAYMENTS OF $444 TO US BANK AND TRUST AS CONTRACTED, COMMENCING WITH THE PAYMENT DUE IN OCTOBER, 2017.

DEBTOR'S COUNSEL TO MAKE TIMELY APPLICATION FOR MORTGAGE MODIFICATION MEDIATION ("MMM") PROGRAM. ARREARAGE TO US BANK AND TRUST TO BE RESTRUCTURED THROUGH MMM PROGRAM, WITH DIRECT PAYMENTS TO THIS CREDITOR OUTSIDE THE PLAN.

SAUK COUNTY TREASURER TO BE PAID DELINQUENT REAL ESTATE TAXES WITH 12% SIMPLE ANNUAL INTEREST OVER THE LIFE OF THE PLAN.

BALANCE OF FUNDS TO GO TO UNSECURED CREDITORS ON PRO RATA BASIS.

_Tona R. Crenshaw_     8-28-17
Tona R. Crenshaw        Date

_Michael J. Rynes_      8.30.17
Michael J. Rynes        Date
Attorney for Debtor